CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 0 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| RE: SEARCH WARRANT ) | |
| ) | |
| ) | Docket No.: 1:08MJ00126 |
| ) | |
| ) | **SEALED** |

## MOTION

Comes now the United States of America, by counsel, and moves the court to maintain the above-captioned search warrant under seal because it involves an ongoing criminal investigation in which no charges have yet been filed. The United States requests that the search warrant and all accompanying documents be placed under SEAL until an Indictment is filed and unsealed relating to this matter.

Respectfully submitted,

JULIA C. DUDLEY
Acting United States Attorney

*/s/ Jennifer R. Bockhorst*

Jennifer R. Bockhorst
Assistant United States Attorney