AO 93       (Rev. 8/98)  Search Warrant (Reverse)

| **RETURN** | **Case Number:** | $1.08$-MJ-00126 |
|---|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/05/08 | 09/05/08 @ 1323 HRS | FAXED |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

– Requested Records minus unavailable GPS Records –

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

**SEP 05 2008**

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_Pamela Meade Sargent_, VJ District Judge
Sept 5, 2008